IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
DOROTHY ANN HUTCHERSON
4204 PONDER ST
MONROE, LA 71202

CASE NO. 12-BK-31768
JUDGE HENLEY A. HUNTER

DATE: 01/28/2015

Debtor
SSN(1): XXX-XX-4632

## NOTICE OF INTENTION TO PAY CLAIMS AND MOTION TO DISALLOW CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty-one (21) days of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any csuch action, the debtor should immediately contact their attorney.

E. ORUM YOUNG                                                    2,800.00      ATTORNEY
200 WASHINGTON ST
MONROE, LA 71201

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| AT&T<br>PO BOX 4932<br>TRENTON, NJ 08650 | 0.00<br>ACCT:<br>COMM: NOTICE ONLY | 100.00 | OTHER |
| BELLSOUTH TELECOMMUNICATIONS<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ 07921 | 64.60<br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR |
| CITIZENS FINANCIAL SVCS<br>1911 ROSELAWN AVE<br>MONROE, LA 71201 | 20.00<br>ACCT: 4632<br>COMM: Split Claim | 0.00 | UNSECURED REGULAR |
| CITIZENS FINANCIAL SVCS<br>1911 ROSELAWN AVE<br>MONROE, LA 71201 | 2,663.00<br>6.00% INT ACCT: 4632<br>COMM: | 0.00 | SECURED |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| CITY LOANS<br>611 NORTH 4TH STREET<br>MONROE, LA 71201 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| COURTESY LOANS<br>701 NORTH 4TH STREET<br>MONROE, LA 71201 | 0.00<br>6.00% INT ACCT:<br>COMM: | 0.00 | SECURED<br>Not filed |
| INSOLVE RECOVERY<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX 75312-3203 | 1,079.68<br><br>ACCT:<br>COMM: CAPITAL ONE | 0.00 | UNSECURED REGULAR<br>Not filed |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 | 100.00<br><br>ACCT: 1370<br>COMM: | 0.00 | UNSECURED REGULAR |
| KWIK CASH<br>601 NORTH 2ND ST STE A<br>MONROE, LA 71201 | 662.81<br><br>ACCT: 3853<br>COMM: | 0.00 | UNSECURED REGULAR |
| LIBERAL LOANS OF LA<br>PO BOX 14536<br>MONROE, LA 71207-4536 | 0.00<br><br>ACCT:<br>COMM: NOTICE ONLY | 100.00 | OTHER |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 0.00<br><br>ACCT:<br>COMM: NOTICE ONLY | 100.00 | OTHER |
| MID CITY FINANCE CO<br>601 NORTH 2ND ST STE C<br>MONROE, LA 71201 | 362.81<br><br>ACCT: 3537<br>COMM: | 0.00 | UNSECURED REGULAR |
| MONEY PLUS LOANS<br>600 BRES AVENUE<br>MONROE, LA 71201 | 0.00<br>6.00% INT ACCT:<br>COMM: | 0.00 | SECURED<br>Not filed |
| MRC RECEIVABLE CORP<br>PO BOX 12914<br>NORFOLK, VA 23541 | 0.00<br><br>ACCT:<br>COMM: NOTICE ONLY | 100.00 | OTHER |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| PEARSON FINANCE INC<br>601 NORTH 2ND ST STE B<br>MONROE, LA 71201 | 527.86<br>ACCT: 3867<br>COMM: UNSEC PER PLAN | 0.00 | UNSECURED REGULAR |
| PREMIER BANKCARD<br>PO BOX 2208<br>VACAVILLE, CA 95696 | 903.44<br>ACCT: 8622<br>COMM: | 0.00 | UNSECURED REGULAR |
| PREMIER BANKCARD<br>PO BOX 2208<br>VACAVILLE, CA 95696 | 410.50<br>ACCT: 9543<br>COMM: | 0.00 | UNSECURED REGULAR |
| RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 0.00<br>ACCT:<br>COMM: | 100.00 | OTHER |
| SIGNATURE LOANS<br>609 NTH 4TH STREET<br>MONROE, LA 71202 | 400.00<br>ACCT: 7984<br>COMM: | 0.00 | UNSECURED REGULAR |

 I herein certify that a copy of this notice was served upon the Debtor, the Debtor attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 01/28/2015      /S/ E. EUGENE HASTINGS
            E. EUGENE HASTINGS, TRUSTEE